1 Marshall-Edward: Mikels
   A Private Living Sovereign Man
2 By Special Appearance Rogatory
3 Authorized Representative For
   MARSHALL E. MIKELS ***-**-8951
4 **Mailing and Service Address: 207 Shasta Avenue
5 Mount Shasta, California [96067]**
   530-918-4162 / email biocorp@nctv.com
6 Residence Address **not for Service or mailing**:
7 115 15th Avenue, San Mateo, California [94402]

FILED
2012 FEB 13 P 2:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

United States District Court
**NORTHERN DISTRICT OF CALIFORNIA**

MARSHALL E. MIKELS

  Plaintiff

  v.

JAN ESTEP, U.S. BANK NATIONAL ASSOCATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE AJUSTABLE RATE MORTGAGE TRUST 2007-3 ADJUSTABLE RATE MORTGAGE BACKED PASS THROUGH CERTIFICATE, SERIES 2007-3, CHAD FISHER, FISHER FINANCIAL GROUP, INC. dba, NATIONS CHOICE MORTGAGE, INC, an Arizona Corporation qualified to do business in California; R.K. ARNOLD MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a Virginia Corporation ("MERS"); TIMOTHY O'BRIEN, SELECT PORTFOLIO SERVICING INC., a Utah Corporation qualified to do business in California; OLIVIA A. TODD, NATIONAL DEFAULT SERVICING CENTER INC., an Arizona Corporation qualified to do business in California ("NDSC"), WRIGHT FINLAY & ZAK, LLP, ROBIN PRIMA WRIGHT, T ROBERT FINLAY, JONATHAN M. ZAK, WILLIAM J. IDLEMAN, MADELEINE K. LEE, NICHOLE M. HOFFMAN, DAVID A. WOOD, RONALD M. ARLAS, DOES 1-100 et al    Defendant(s)

Case Number c: 12-0056 EMC
**PROOF OF SERVICE, OF:
SUMMONS AND
VERIFIED COMPLAINT FOR:**

1. FRAUD, AT THE INCEPTION PREDATORY LOAN ON A SENIOR
2. FRAUD, STATUTE OF FRAUDS VIOLATION
3. FRAUD, NO LOAN WAS MADE
4. MORTGAGE FRAUD, RECORDING FORGED AND FRAUDULENT TITLE
5. RECISSION AND DAMAGES, 15 U.S.C. §1635, §1640, 12 C.F.R. § 226, U.S.C. § 2601
6. CONSTITUTIONAL VIOLATIONS CONSPIRACY AGAINST RIGHTS 18 U.S.C § 241 and DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW §242 OBSTRUCTION OF JUSTICE, 18, U.S.C., Chapter 73. § 1503
7. INJUNCTION
8. ACCOUNTING
9. DECLARTORY RELIEF
10. CONSOLIDATION OF RELATED ACTIONS WITH REMOVED STATE COURT, UNLAWFUL DETAINER COMPLAINT Case Number CLJ203244

**DEMAND FOR JURY TRIAL**

**PROOF OF SERVICE**
**BY MAIL**

1. At the time of service I was over eighteen (18) years of age and not a party to this action.

2. My residence or business address is: 205 Mount Shasta Blvd., Suite 400, Mount Shasta CA 96067.

3. On January 31st, 2012, I served the following documents:

**COURT**

United States District Court, NORTHERN DISTRICT OF CALIFORNIA, 450 Golden Gate Avenue Clerk of the Court, 16th Floor, San Francisco, CA 94102
Case Number c: 12-0056 EMC

**DOCUMENT**

Case Number c: 12-0056 EMC    **SUMMONS and**

**VERIFIED COMPLAINT FOR:**

1. FRAUD, AT THE INCEPTION PREDATORY LOAN ON A SENIOR
2. FRAUD, STATUTE OF FRAUDS VIOLATION
3. FRAUD, NO LOAN WAS MADE
4. MORTGAGE FRAUD, RECORDING FORGED AND FRAUDULENT TITLE
5. RECISSION AND DAMAGES, 15 U.S.C. §1635, §1640, 12 C.F.R. § 226, U.S.C. § 2601
6. CONSTITUTIONAL VIOLATIONS CONSPIRACY AGAINST RIGHTS 18 U.S.C § 241 and DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW §242 OBSTRUCTION OF JUSTICE, 18, U.S.C., Chapter 73. § 1503
7. INJUNCTION
8. ACCOUNTING
9. DECLARTORY RELIEF
10. CONSOLIDATION OF RELATED ACTIONS WITH REMOVED STATE COURT, UNLAWFUL DETAINER COMPLAINT Case Number CLJ203244

**DEMAND FOR JURY TRIAL**

PROOF OF SERVICE of: VERIFIED COMPLAINT FOR FRAUD AND OTHER CLAIMS FOR RELIEF Entitled: MARSHALL E. MIKELS Plaintiff v JAN ESTEP, US BANK et. al., Defendant, Case C-12-00056 EMC To be CONSOLIDATED WITH REMOVED STATE CASE CLJ203244 Plaintiff('s) US BANK, MOTION FOR SUMMARY JUDGMENT IN UNLAWFUL DETAINER COMPLAINT Case No. C: 12-00046 CW by Plaintiff Mikels filed in the United States District Court NORTERN DISTRICT OF CALIFORNIA

OTHER DOCUMENTS SERVED:

1. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE...
2. STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU
3. CONSENT TO PROCEED BEFORE A US MAGISTRATE JUDGE
4. DECLINATION TO PROCEED BEFORE A US MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A US DISTRICT JUDGE
5. US DISTRICT COURT HANDOUT ECF REGISTRATION

4. I served the documents on the person or persons below, as follows:

Name of person served: WRIGHT FINLAY & ZAK, LLP c/o MICHELLE BAQUET, AUTHORIZED TO ACCEPT SERVICE OF PROCESS

5. Business or residence address where the person or persons were served:

4665 MacArthur Court, Suite 280, Newport Beach, CA 92660

5. By Personal Service, I personally delivered the documents at the address listed in number 5 above for a party represented by an attorney, delivery was made to the attorney, or at the attorney's office by leaving the documents, in an envelope, package or box clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening.

I declare under the penalty of perjury that the foregoing is true and correct on this 31st day of January, 2012

Declarant: _____ (Seal)
KEN NIELSEN 1890/ORANGE COUNTY

PROOF OF SERVICE of: VERIFIED COMPLAINT FOR FRAUD AND OTHER CLAIMS FOR RELIEF Entitled: MARSHALL E. MIKELS Plaintiff v JAN ESTEP, US BANK et. al., Defendant, Case C-12-00056 EMC To be CONSOLIDATED WITH REMOVED STATE CASE CLJ203244 Plaintiff('s) US BANK, MOTION FOR SUMMARY JUDGMENT IN UNLAWFUL DETAINER COMPLAINT Case No. C: 12-00046 CW by Plaintiff Mikels filed in the United States District Court NORTERN DISTRICT OF CALIFORNIA